*Form 263* (3/24)–doc 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Manayunk Club (dba) Winston Privite Social Club<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25–15117–amc<br><br>Chapter: 11 |

## NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that:

This matter is reassigned to the calendar of the Honorable Ashely M. Chan from the calendar of the Honorable Derek J. Baker.

Date: December 16, 2025

For The Court

Mohung Wong
Clerk of Court