# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Manayunk Club (dba) Winston Private Social Club, | : | Bky No.  25-15117  (AMC) |
|               Debtor. | : | |

## ORDER DISMISSING CHAPTER 11 CASE

AND NOW, this __18th__ day of __Dec.__, 2025, after a show cause hearing to determine why the case should not be dismissed for the failure of the Debtor to be represented by counsel, it is hereby

ORDERED, that the Debtor's Chapter 11 case be and hereby is dismissed.

_____
ASHELY M. CHAN,
CHIEF UNITED STATES BANKRUPTCY JUDGE